UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA

IN RE: **LOREN M. PORTO**                    Case # **20-18159 RAM**

### TRUSTEE'S NOTICE OF DEFICIENCY FOR CONFIRMATION (legal issues: 341)

The Trustee reviewed this case for the meeting of creditors and found the following deficiencies from the Trustee's Notice of Required Documents, prior deficiencies, and legal issues and thus objects as follows:
Trustee reserves the right to raise additional objections until all requested documents are timely provided.
                                          Reviewed documents received as of _____

**X** **Objection to Exemption (specifics to be filed)** to be heard with confirmation at (1:30 pm) not at 9:00 am
__ Fee application needed (see court guideline 6)
__ Ch 7 is $_____ may increase as documents not provided ☐ Tax refund ☐ Valuations ☐ Other
__ Good faith payment to unsecured creditors
__ Income understated per debtor's stubs $ _____ taxes $ _____ co-debtor stubs $ _____ taxes $ _____
__ Proof of household size (government ID w/ address) and income of all adults disclosed on Sch J and CMI
__ Spouse's pay advices
__ Schedule J Expenses objectionable: ☐ Provide Proof  line _____ ☐ Line _____
   **X** Object to Schedule J expenses but debtor(s) are over median or 100% plan filed
**X** Expenses: documentation/calculation: CMI line **16, 17, 18, 25,** _____

**X** Plan does not pay debtor's calculation of disposable income CMI/DI **1734 91** x 60 = $ **104,094.60**
☐ Pending income/expenses issues ☐ Trustee believes D/I is understated (estimated D/I $_____)
☐ Feasibility or ☐ plan payments reduce month _____ or ☐ balloon payment
__ Plan does not conform to Applicable Commitment Period < 36 months < 60 months
__ Info on transfer SOFA _____ undisclosed _____ ☐ provide Tolling Agreement(s)
Other: _____

☐ Plan includes 100% Language

**On or before 5 pm on** **SEP - 3 2020**, all documents/explanations with documented back up must be received/filed to avoid dismissal. If documents are not timely filed/received by the trustee, the trustee may seek dismissal of this case. *IMPORTANT NOTICE:* *The debtor or debtor's attorney must appear at the confirmation hearing even if they agree to the recommendation.* The debtor may still be dismissed for failure to fund the plan if they are delinquent in payments.
***THE PRO SE DEBTOR OR DEBTOR'S ATTORNEY MUST CONTACT THE TRUSTEE'S OFFICE AND SPEAK TO AN ATTORNEY BEFORE 2PM ONE BUSINESS DAY PRIOR TO THE CONFIRMATION HEARING TO RESOLVE ALL OUTSTANDING ISSUES. Attorneys must upload all documents to Trustee through 13Documents.com.***

        I hereby certify that a true and correct copy of the foregoing was served through ECF on the debtor's attorney or by U.S. First Class pre-paid Mail on the pro se debtor on the same day filed with the Court.
Submitted by
NANCY K. NEIDICH, ESQ, STANDING CHAPTER 13 TRUSTEE P.O. BOX 279806, MIRAMAR, FL 33027

RE: Loren M. Porto                                                                                           Case # 20-18159 RAM

**TRUSTEE'S NOTICE OF DEFICIENCY FOR CONFIRMATION AND RECOMMENDATION (Pre 341)**

The Trustee reviewed this case for the meeting of creditors and found the following deficiencies from the Trustee's letter requesting documents and thus objects as follows: Reviewed documents received prior to: 8/19/20

Tax returns:                                     Corporate Tax Returns:

Photo ID/SS card          LF 90                LF 67      LF 10

Plan does not fund properly

Calculation errors       Missing months/amounts      Inconsistent terms       Plan form completed incorrectly

Attorney fee itemization or Fee Application needed (see court guideline 6)

✓ ~~2016(B), SOFA #16 and Plan do not match~~                Missing Attorney's Declaration & 341 Written Quest.

✓ Other provisions:       IVL          ✓ 100%      Lawsuit       Gambling       MMM

Reaffirm, redeem or surrender Sch D or G creditor:

MMM Motion not filed      Valuation motion not filed              Lien Avoidance motion not filed

Priority debt on Schedule E not in plan:

Creditor in Plan is not listed in Schedules or has not filed a POC:

Creditor paid through the Plan has not filed a POC:

Object or Conform to Proof of Claim:      Miami-Dade County      Tax Certificate (DE#    )      Dept of Revenue

      IRS

OTHER PLAN ISSUES:




Real Estate FMV and Payoff:

Non-Homestead Information Sheet:

✓ [Vehicles FMV (NADA/Carmax)], Reg and Payoff:

Other:

~~✓ Bank Account Statements   3 months pre-petition #3655 (7/15-7/28)~~



Copy of check(s) and/or explanation:

Explanation of withdrawal(s):

401K/Retirement/Pension                  Annuity                    Life Insurance Policy

Domestic Support Obligation form complete with info: name, address and phone

Wage deduction order or Motion to waive

BDQ & attachments              Profit/loss       Balance Sheet

Business Bank statements and checks      3 months pre-petition



Affidavit of support

Trustee reserves the right to raise additional objects until all requested documents are timely provided. This deficiency is limited to missing documents only. The Trustee will file a Notice of Deficiency with additional document requested and legal issues raised after the 341 - meeting of creditors. I hereby certify that a true and correct copy of the foregoing was    served through ECF on the debtor's attorney or by U.S. First Class pre-paid Mail on the pro se debtor on the same day filed with the Court.

Submitted by **NANCY K. NEIDICH, ESQ, STANDING CHAPTER 13 TRUSTEE P.O. BOX 279806, MIRAMAR, FL 33027**

*DOCUMENTS MUST BE RECEIVED OR FILED AND ISSUES ADDRESSED AT LEAST FOURTEEN DAYS PRIOR TO EACH CONFIRMATION HEARING TO AVOID DISMISSAL*